JODI LINKER
Federal Public Defender
Northern District of California
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Jodi_linker@fd.org

Counsel for Defendant KARLSSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 19-340 CRB |
|---|---|
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| ROGER KARLSSON, | |
| Defendant. | |

   PLEASE TAKE NOTICE that the Clerk is hereby asked to enter the appearance of Jodi Linker, Federal Public Defender, on behalf of the defendant.  The Clerk is requested to include FPD Jodi Linker on all e-filing notices for the above-captioned matter.  Counsel's mailing address, telephone number, facsimile number and email address is listed above.

| Dated:   April 14, 2022 | Respectfully submitted, |
|---|---|
| | _____/S_____ |
| | JODI LINKER |
| | Federal Public Defender |

NOTICE OF ATTY. APPEARANCE
*KARLSSON*, 19–340 CRB